**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION**

| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:21-cv-01743-RDB |
| v. | ) | |
| | ) | |
| GREEN JOBWORKS LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**INDEX OF EXHIBITS REGARDING EEOC'S
MOTION FOR DEFAULT JUDGMENT**

| Exhibit 1 | Declaration of Nilser Aguilera Galeas |
|---|---|
| Exhibit 2 | Declaration of Felisa Anderson |
| Exhibit 3 | Declaration of Isabel Aquino |
| Exhibit 4 | Declaration of Christina Belt |
| Exhibit 5 | Declaration of Milagro Berrios Canales |
| Exhibit 6 | Declaration of Felipa Cardenas |
| Exhibit 7 | Declaration of Baudilia coc de Jesus |
| Exhibit 8 | Declaration of Dredrea Collins |
| Exhibit 9 | Declaration of Julieth Corrales |
| Exhibit 10 | Declaration of Erica Frederick |
| Exbibit 11 | Declaration of Natasha Henderson |
| Exhibit 12 | Declaration of Yanira Hernandez |
| Exhibit 13 | Declaration of Allison Jackson |
| Exhibit 14 | Declaration of Wendoly Jackson |
| Exhibit 15 | Declaration of Demeria Johnson |
| Exhibit 16 | Declaration of Stacey Johnson |
| Exhibit 17 | Declaration of Heidy Lagos Amaya |
| Exhibit 18 | Declaration of Gloria Lainez |
| Exbibit 19 | Declaration of Rosa Lemus |
| Exhibit 20 | Declaration of Reina Lopez Farjardo |
| Exhibit 21 | Declaration of Brittley McCray |
| Exhibit 22 | Declaration of Cinthia Mendez |
| Exhibit 23 | Declaration of Natalia Mendez |
| Exhibit 24 | Declaration of Marcia Morales |
| Exhibit 25 | Declaration of Julissa Nunez Menjivar |
| Exhibit 26 | Declaration of Maureena Nureni |

| Exbibit 27 | Declaration of Luz Idalia Oliva |
|---|---|
| Exhibit 28 | Declaration of Rosa Oliva |
| Exhibit 29 | Declaration of Keydy Ordonez Paz |
| Exhibit 30 | Declaration of Rosa Ordonez |
| Exhibit 31 | Declaration of Doris Pereira Santeli |
| Exhibit 32 | Declaration of Monica Ramirez |
| Exhibit 33 | Declaration of Yoryina Ramos |
| Exhibit 34 | Declaration of Karla Reyes Oliva |
| Exhibit 35 | Declaration of Alma Sainz Mora |
| Exhibit 36 | Declaration of Crystal Scott |
| Exhibit 37 | Declaration of Ana Solis Regalo |
| Exhibit 38 | Declaration of Marta Suchite Pineda |
| Exhibit 39 | Declaration of Delis Torres |
| Exhibit 40 | Declaration of Irma Torres |
| Exhibit 41 | Declaration of Ana Trujillo |
| Exhibit 42 | Declaration of Geraldine Walker |
| Exhibit 43 | Declaration of Desiree Williams |
| Exhibit 44 | Declaration of Marian Zelaya Fuentes |
| Exhibit 45 | Declaration of Carmen Oliva Zamora |
| Exhibit 46 | Declaration of Heidy Luis |
| Exhibit 47 | Declaration of Erin E. George, Ph.D. |
| Exhibit 48 | Declaration of Phillip Hoefs |
| Exhibit 48 A | Green JobWorks text communications and job orders |
| Exhibit B | Defendant's response to EEOC investigative Request for Information |
| Exhibit C | Notes of EEOC investigative interviews |
| Exhibit D | Defendant's response to EEOC  investigative Request for Information |
| Exhibit E | Green JobWorks Employee Handbook |
| Exhibit F | Williams charge of discrimination |
| Exhibit G | Jimenez charge of discrimination |
| Exhibit H | Gaines charge of discrimination |
| Exhibit I | Worker orientation Powerpoint presentation |
| Exhibit J | Green JobWorks Application for Employment |
| Exhibit 49 | EEOC claimant award list |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |