AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| U.S. Equal Employment Opportunity Commission ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. RDB-21-1743 |
| Green Jobworks, LLC ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☑ the plaintiff *(name)* U.S. Equal Employment Opportunity Commission recover from the defendant *(name)* Green Jobworks, LLC the amount of $2,692,265.08 dollars ($         ), which includes prejudgment interest at the rate of         %, plus post judgment interest at the rate of         % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other:
                                                                                                                                              .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Richard D. Bennett on a motion for Default Judgment as to Liability and Remedies

Date: 03/16/2023                                           CLERK OF COURT

                                                           _____
                                                           *Signature of Clerk or Deputy Clerk*